UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

In re:
SERGIO FERNANDEZ                                    Case No. 11-18796-LMI
    Debtor
_____/                     Chapter 13

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the Motion to Value and Determine Secured Status of Lien on Personal Property and Notice of Hearing was sent via certified mail on this 28TH day of April 2011 to all parties on the attached service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
900 W 49th Street, Ste 500
Hialeah, FL 33012
Tel. (305) 687-8008

By:/s/Robert Sanchez_____
    Robert Sanchez, Esq., FBN#0442161

Nancy Herkert, Trustee
ECF Registered User

HSBC Mortgage Services, Inc.
c/o CT Corporation System, RA
1200 S. Pine Island Road
Plantation, FL 33324

HSBC Mortgage Corporation, Inc.
c/o Niall Booker, CEO
2929 Walden Avenue
Depew, NY 14043

HSBC Finance Corporation
c/o Niall Booker, CEO
26525 N. Riverwoods Blvd.
Mettawa, IL 60045

EMC Mortgage Corporation
c/o Relene Ruyle, CEO
2780 Lake Vista Dr
Lewisville, TX 75067-3884

EMC Mortgage Corporation
CT Corporation System, R.A.
1200 South Pine Island Road
Plantation, FL 33324